# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT PRISKE

VERSUS

STATE OF LOUISIANA THROUGH
ITS DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT; TRAFFIC
SOLUTIONS, INC. AND/OR
SOTOR TRAFFIC SOLUTIONS,
LLC; STATE OF LOUISIANA
THROUGH ITS DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS- PUBLIC SAFETY
SERVICES- LOUISIANA STATE
POLICE; ABC INSURANCE
COMPANY; AND DEF INSURANCE
COMPANY

NO.   2020 CW 1103

**MAY 14, 2021**

---

In Re:    The State of Louisiana, through the Department of
          Public Safety and Corrections, applying for
          supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 201914009.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

    **WRIT NOT CONSIDERED.** The return date for filing the writ application was November 5, 2020, but this writ application was filed on November 6, 2020, because it was received on November 9, 2020, a Monday, with no postmark. See Rule 2-13 of the Uniform Rules of Louisiana Courts of Appeal, made applicable to writs by Rule 4-8. Therefore, the writ application is considered to have been filed on November 6, 2020, and, thus, this writ application is untimely.

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

**JMM**
**AHP**

    **Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT